# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DAVID SATCHELL

      v.

JOHN WETZEL, SECRETARY OF THE
DEPARTMENT OF CORRECTIONS;
BERNADETTE MASON, FACILITY
MANAGER OF SCI MAHANOY; LARRY
KRASNER, DISTRICT ATTORNEY OF
PHILADELPHIA,

      Respondents

: No. 28 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2020, the "Emergency Motion Seeking Release from Respondent[']s Custody" is DENIED.